# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**EDNA BILLINGSLEY, Individually and as Administratrix of the Estate of William Campbell, Jr., for and on behalf of the Wrongful Death Beneficiaries of William Campbell, Jr.**                                              **PLAINTIFF**

**VS.**                                                                     **NO.: 3-2CV1711BN**

**KIA MOTORS AMERICA, INC.,
WORLD RENTAL CAR SALES OF
MISSISSIPPI, INC., and
JOHN DOES I-V**                                                      **DEFENDANTS**

## ORDER GRANTING MOTION TO LIFT STAY

**THIS CAUSE** came on to be heard this day on the Motion of Defendant, World Rental Car Sales of Mississippi, Inc., to lift the stay in this matter, and the Court, having been fully advised and informed in the premises, finds that said Motion is well-taken, and should be granted;

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that:

(1) the stay order previously entered in the above styled and numbered proceeding on June 11, 2003, shall be, and is hereby lifted to the extent there is insurance coverage available to Defendant, World Rental Car Sales of Mississippi, Inc.; and,

(2) this case is hereby returned to the active docket of this Court.

**ORDERED, ADJUDGED AND DECREED,** this the 30th day of January, 2006.

                                          s/William H. Barbour, Jr.
                                          UNITED STATES DISTRICT JUDGE

**PREPARED BY SUBMITTED BY:**

s/William B. Stewart
Robert P. Thompson (Bar #8188)
William B. Stewart (Bar #99243)
COPELAND, COOK, TAYLOR AND BUSH, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway (39157)
Post Office Box 6020
Ridgeland, Mississippi 39158-6020
Telephone: (601) 856-7200; Facsimile: (601) 856-7626