UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

EDNA BILLINGSLEY, Individually and as the Administratrix
of the Estate of William Campbell, Jr., for and on behalf of the
wrongful death beneficiaries of William Campbell, Jr.    PLAINTIFF

v.    CIVIL ACTION NO. 3:02CV1711JS

KIA MOTORS AMERICA, INC., ET AL    DEFENDANTS

## ORDER

The Court, by Order dated February 28, 2006, allowed counsel for Plaintiff to withdraw and provided Plaintiff sixty (60) days to seek new counsel. The Court further stated, "The failure of new counsel for Plaintiffs to file a formal entry of appearance in this matter within sixty (60) days from the date of this Order will result in this case being dismissed, in its entirety, without prejudice, and without further Order of this Court." Because more than sixty (60) days has passed and no activity has occurred in this matter, it is ordered that this cause is dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 6th day of September, 2006.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE